## Expert Report of David Tadami Okada

## PROFESSIONAL BACKGROUND AND QUALIFICATIONS

I attended Stanford University, where I received a Bachelor of Science degree in Engineering in 1964 with an emphasis in mechanical engineering and art. I went on to achieve a Master of Science in Product Design in 1967, with an emphasis on design, engineering and marketing, also from Stanford University. It was during this time that I developed what became a life-long passion for product design, toy design and the marketing of toys.

After graduating, I began my career at Mattel. Inc., where I served as a Manager of Preliminary Design on several toys, including activity toys and the Barbie brand, from 1967-1973. From there, I went to Kenner Products where I served as Vice President of Research and Development and Inventor Relations and worked on several toy lines, including plush toys for Star Wars and a soft goods line called Munchmates, from 1973-1978. From 1978-1986, I served as the Vice President of Research and Development for Madwest/GMTG, the parent organization of Kenner Products, and worked on several major toy lines, including the Care Bears and Strawberry Shortcake plush toy lines.

From 1986-1990, I returned to Kenner/Tonka as the Senior Vice President of Product Design and managed several toy lines, including plush toys for Batman, Ghostbusters, Grabbits, Yum Yums and Special Blessings. From 1990-1993, I returned to Mattel and worked as the Senior Vice President of Product Design on Hot Wheels and Disney Preschool, among others. My Mattel involvement in soft goods and plush products included Disney preschool plush. From 1995-1998, I worked for Playmates Toys on the popular Teenage Mutant Ninja Turtles line and other plush toy lines such as Mr. Men and The Big Comfy Couch , and managed the research and development process and the inventor relations department.

From 2003-2005, I worked as the Vice President of Research and Development at Equity Marketing, where I worked on many toy lines, including Scooby-Doo plush and Loonete the Clown plush.

From 2007-2009, I returned to Mattel and served as Vice President where I managed corporate intellectual property acquisitions from toy inventors and

1

negotiated over fifty new IP licenses annually. I annually managed thousands of outside invention concepts for all of Mattel's key brands, including Barbie, Hot Wheels, Tyco, Matchbox, Toy Story, Polly Pocket and Disney Princesses and Mattel Games.

I also started my own consulting firm entitled Dave O. Designs in 1993 and presently work there. As a consultant, I have helped companies such as Amblin/Dreamworks, Leap Frog, Wham-O and Intex Corp., among others, with project innovation, managing inventor relations and project management for their toy lines. I have also been directly involved with inventor relations and product and packaging design.

Throughout my career, it has been my responsibility and passion to create, identify and develop new and exciting toys. I follow toy trends and have come to appreciate innovative toys and brands. For example, I network regularly with toy executives and have attended national and international toy fairs, such as, the New York, Dallas and Tokyo toy fairs. I also follow industry journals, such as, the online industry journal <u>Playthings.</u>

I am familiar with the Only Hearts Club ("OHC") and Only Hearts Pets product lines not only because I have examined the Only Hearts Pets miniature plush animals and their packaging for this report, but because I was made aware of the Only Hearts Pets products through my previous position at Mattel and because of the Only Hearts Pets' success in the marketplace. For this report, I also personally examined the Whimzy Pets products and packaging. (Attached as Exhibit A are pictures comparing the Only Hearts Pets and Whimzy Pets miniature plush animals.)

**RETENTION AND ASSIGNMENTS**

I have been retained by counsel for Plaintiff OHC Group LLC ("OHC") in its action against Blip LLC ("Blip") pending in the United States District Court for the Central District of California as Case No. CV09-5804-PA, in which OHC alleges copyright and trade dress infringement against Blip (the "Litigation"). I

have no interest, either present or contemplated, in the parties involved in the case.[1]
I am charging OHC's counsel $250 per hour in fees for my services as an expert.
If I testify in deposition or trial, my fees will be $250 per hour. My compensation
is not contingent upon any outcomes or court proceedings.

 I have been retained by OHC to: (1) review the miniature-plush toys and
packaging at issue in this case, provide information, evaluate and analyze the
overall look and feel and design elements in OHC's Only Hearts Pets miniature
plush pets and packaging and compare them to the overall look and feel and
design elements of Blip's Whimzy Pets miniature plush pets and packaging; (2)
comment on the overall look and feel and design elements of prior plush toys and
packaging; (3) analyze opposing expert's reports, when produced, and prepare
rebuttal analyses if there are any opinions offered by Blip on these subjects or
other subjects within my expertise; and (4) provide expert testimony on my
opinions and conclusions, if requested. This report is based on information I have
been provided to date. I am aware that discovery in this matter has not been
completed. If additional relevant information is produced, any impact on my
opinions will be addressed in a supplemental report.

 It is my understanding that OHC's copyright and trade dress infringement
claims against Blip relate to Blip's alleged willful copying and sale of plush toys
that imitate the Only Hearts Pets miniature plush animals and their packaging.
Based on my professional expertise and experience, I believe I am well qualified in
the areas identified above. I have not testified at trial as an expert or in a
deposition within the last 4 years. I have not published any articles on these
subjects, nor have I been provided with any documents from either party, except
for the attached photos.

---

[1] While I know of Rouben Terzian of Only Hearts Club generally, based on his establishment,
prestige and reputation in the toy industry, I do not have a personal relationship with him and
have only dealt with him on professional matters.

**SUMMARY OF OPINIONS**

1. The Only Hearts Pets miniature plush animals and their packaging have a distinctive and unique overall look and feel that distinguishes them from other toys and acts as a source or brand identifier.

2. The Only Hearts Pets and Whimzy Pets miniature plush animals and their packaging are nearly identical in all significant aspects.

3. Blip's use of original design elements from the Only Hearts Pets miniature plush animals and their packaging could only be the result of copying.

4. Given that the Only Hearts Pets trade dress is strong and distinctive, that Blip is selling the same product in a substantially similar trade dress through the same marketing channels at a similarly low price, an ordinary consumer of low-priced children's toys familiar with Only Hearts Pets would be likely to associate the Whimzy Pets with Only Hearts Pets and the company that sells them.

**DISCUSSION**

**I. <u>Trade Dress</u>**

I have been asked to assume for purposes of my analysis and opinions that for a plaintiff to establish trade dress infringement it must prove the following:

1. The trade dress is distinctive;

2. The trade dress is nonfunctional; and

3. The defendant used a similar trade dress to plaintiffs in a manner that is likely to cause confusion among ordinary purchasers as to the source of the goods.

I have also been asked to assume that:

4

1. Trade dress is the non-functional physical detail and design of a product or its packaging, which identifies the product's source and distinguishes it from the products of others.

2. Trade dress is the product's total image and overall appearance, and may include features such as size, shape, color, color combinations, texture, or graphics. In other words, trade dress is the form in which a person presents a product or service to the market, its manner of display.

3. A trade dress is non-functional if, taken as a whole; the collection of trade dress elements is not essential to the product's use or purpose or does not affect the cost or quality of the product even though certain particular elements of the trade dress may be functional.   A product feature can be used as a designation of source, and hence be protectable, if it is not primarily functional and is arbitrary, fanciful, or at the very least, decorative, ornamental, or cosmetic to the product itself.

I have also been asked to assume that the factors for determining likelihood of confusion with respect to trade dress known as the *Sleekcraft* factors are as follows:

1. Strength of the trade dress;

2. Relatedness of the goods;

3. Similarity of the trade dress;

4. Marketing channels used;

5. Type of goods and degree of care likely to be exercised by the purchaser;

6. Evidence of actual confusion;

7. Defendant's intent in selecting the trade dress; and

8. Likelihood of expansion of the product lines.

Based on this standard, the Only Hearts Pets miniature plush animals and packaging have a distinctive and strong trade dress, which is non-functional,

5

unique and special, and the Whimzy Pets miniature plush animals and packaging are a classic knock-off.

## A. __Only Hearts Pets' Trade Dress is Distinctive and Strong__

Over the forty-plus years I have been in the toy industry, I have never seen a set of plush toys quite like the Only Hearts Pets miniature plush animals. They have a distinctive look and feel, and unique approach, that distinguishes them from other toys. Before the creation of the Only Hearts Pets array, there was nothing else out there on the market like them. I will discuss some of my initial impressions of the Only Hearts Pets miniature plush animals and what makes them unique.

First of all, the Only Hearts Pets animals evoke a sense of innocence and vulnerability. Although generally proportional to a real animal, the positioning of the pets in their boxes puts the focus on their heads, making the heads appear larger. In fact, the head is almost half of the representation of the animal in the packaging. Babies (human and animal) have proportionately larger heads than adults, and it has been established through experience and market research that this "younger" look can create sympathy and draws people in.

The Only Hearts Pets miniature plush animals are seated upright, not on all fours as these animals are often depicted. Their arms are extended and their paws are clasped together by Velcro. This creates a sense that the pets are reaching out to you, drawing the consumer in. Also, they are positioned with their faces up, making eye contact with the consumer and seemingly asking you to nurture and cuddle them. The pets have a wistful, appealing expression, and are very charming and engaging. Another design and marketing detail is the placement of a small pink logo emblem on the back right buttocks of each pet.

Some other unique features are the fact that the pets are plush at this small scale. Usually I see miniature hard bodied or miniature hard bodied flocked animals at this scale, but not miniature soft plush. Also, usually when you see small animals, they are frequently babies. In comparison, the Only Hearts Pets miniature plush animals are juvenile, but they are not really babies (although, as discussed, they have some innocent baby- like characteristics).

6

The packaging and presentation of the pets are also unique.  Each pet is in its individual packaging, in a high back, open front tray which enables the consumer to touch the pets and feel the softness of the plush. Each pet has its own individual name centered on the tray facing which ties in to the animal's identity and character. The OHC logo is centered behind each animal's head in its individual packaging. This same OHC logo (but larger with a partial cut-out) is also centered at the bottom facing of the tiered "stadium seating" display. The unique display is shaded in purple, pink, white and light green, colors often used in marketing toward girls.  The colorful array of the pets in the tiered stadium is fresh and stands out.  The animals are positioned in an anatomically challenging posture for real animals, and they seem as to be watching the consumer, as if they were a collective movie or entertainment venue audience.  The overall presentation is tasty "eye candy," with such a large array of shapes and colors of familiar yet distinctive animals to choose from; from domestic to jungle animals to even a fantasy unicorn. The pets are very collectible, affordable and portable, and should put the consumer in a delightful quandary over which one to purchase as they all seem to be gently asking the consumer to "Choose me!  Choose me!"

In sum, you can tell that a lot of thought and attention to detail has gone into each and every pet.  Only Hearts Club has branded its pets well.  The overall impression of the pets, both in their stadium presentation and individually, tell the consumer, once they are familiar with the pets, "I am an Only Hearts Pet miniature plush animal with a real name and identity."

### B. <u>Only Hearts Pets' Trade Dress is Non-Functional</u>

Based on how functionality has been described to me, the Only Hearts Pets trade dress is non-functional.  The elements that I have described above with respect to the pets, namely the size, material (plush), positioning in the box, with faces up, making eye contact, paws clasped together and arms outstretched, and the placement of the small pink emblem on the right buttocks offers no practical function or purpose.  These elements are arbitrary and fanciful, and go to the cosmetic look of the pets. The stadium display of the pets, mixing jungle animals with farm animals, fanciful animals and pets, all sitting upright in individual, open front packages, is purely artistic and has no practical play pattern function or

purpose.   Further, the centering of both the logo on the stadium display and above the animal's head in its individual packaging are cosmetic and not functional. Accordingly, the Only Hearts Pets' trade dress is not functional.

### C. <u>Blip's Whimzy Pets Trade Dress is Strikingly Similar to OHC's Only Heart Pets Trade Dress</u>

When comparing the Whimzy Pets miniature plush animals to the Only Hearts Pets miniature plush animals, the similarity between the two is striking: a colorful array of similarly sized, plush mini pets, domestic as well as jungle animals, that are all collectible and cuddly, arranged in stadium seating using a centered cut-out logo. OHC has created a dazzling eye candy presentation that provides a delightful selection for the consumer to choose from and that is also very collectible because each pet is a different animal.  The Whimzy Pets mimic the Only Hearts Pets; the way the pets are posed in their packaging, upright with their paws clasping (utilizing Velcro just like the OHC pets), arms outstretched and faces up, the proportions and size of the pets, and the material (plush) are all similar.  The Whimzy Pets also have a small pink emblem on the back right buttocks of each pet.  Further, the array of different animals and the way the pets are positioned in the stadium packaging is virtually identical to the Only Hearts Pets presentation.

In addition, I compared a deconstructed Only Hearts Pets animal and a Whimzy Pets animal.  What struck me was how similar the patterns were, even using the same number of pieces of fabric.  This is very telling, and suggests "reverse engineering" on the part of Blip.  Generally, two toys, even if similar, will not have the same number of pieces.  Further, the dimensions of the pets are virtually the same and the proportions appear to be nearly identical.

### D. <u>Conclusion</u>

The Only Hearts Pets have a distinctive and unique overall look and feel. The trade dress identifies the products as Only Hearts Pets and communicates this to the consumer.  Further, the Whimzy Pets copy and appropriate the Only Hearts Pets trade dress.  There is a real similarity as to art form between the Only Hearts Pets and Whimzy Pets products and packaging.  In my opinion, the Whimzy Pets

8

are a classic knock-off of Only Hearts Pets.  In addition, given that the Only Hearts Pets and Whimzy Pets are the same type of toy sold in the same type of store and are both priced under $5.00, an ordinary consumer of low-priced children's toys familiar with Only Hearts Pets would likely be confused by the Whimzy Pets and believe that they were related to Only Hearts Pets and the company that sells them.

## II. Copyright

I have been informed by OHC's counsel that to prove copyright infringement a plaintiff must show that (1) the plaintiff is the owner of a valid copyright; and (2) the defendant copied original elements of the copyrighted work. I've been told that OHC owns copyrights for the Only Hearts Pets, and thus, I will not speak to ownership.

I've been further asked to assume the following:

1.  The original parts of a plaintiff's work are the parts created:

    a.   independently by the work's author, that is, the author did not copy it from another work; and

    b.  by use of at least some minimal creativity.

2.  Copying can be shown by showing that there are substantial similarities between the alleged infringing work and the copyrighted work.

3.  Copyright protection can extend to three-dimensional sculptures and can exist in original plush-toy designs and packaging.

### A. Originality

As I discussed above, the Only Hearts Pets miniature plush animals and their packaging are original.  I had not seen a toy array like the Only Hearts Pets animals before their creation.  Some of the original elements are their positioning and posture in their boxes, sitting upright with their arms clasped and outstretched and their faces turned up and making eye contact; the coloring and detail of the pets; the mixture and arrangement of diverse animals in a stadium setting, the placement of a cut-out logo centered on the stadium and a logo also behind each animal's

head within their individual packaging and the placement of the pink emblem on the backside of each animal. Their dimensions and proportions are also original.

In sum, the Only Hearts Pets meet the copyright requirement for "originality" as described to me. The Only Hearts Pets miniature plush animals line presentation reflects a new and innovative concept and expression.

### B. Substantial Similarity

As discussed above Only Hearts Pets and Whimzy Pets miniature plush animals are substantially similar in all material respects. The posture and position of the pets in their boxes are nearly identical. The details and features of the faces are alike. The patterns and dimensions are extremely similar. The shape and size of the pets is almost the same. The adornment is the same, namely the placement of the tag and of the pink emblem on the back right buttocks. As discussed, the Whimzy Pets, like the Only Hearts Pets, are plush animals, seated upright in a high-back, open-front tray, with their paws clasping and arms outreached, and their faces upward, making eye contact with the consumer. The presentation of jungle animals, farm animals, fanciful animals and pets mixed together in a stadium is virtually identical.

In conclusion, both the specific original elements as well as the overall commercial expression of the Only Hearts Pets and Whimzy Pets animals and packaging are substantially similar. In my opinion an ordinary, reasonable consumer would find the total concept and expression of the Only Hearts Pets and Whimzy Pets to be substantially similar.

### C. Conclusion

Based on my examination of Only Hearts Pets animals and their packaging and my experience in the toy industry, it is my opinion that the Only Hearts Pets line has a distinctive and original trade dress that identifies the brand. Further, the Whimzy Pets products are confusingly similar to the Only Hearts Pets line and a reasonable, average consumer would associate Whimzy Pets with OHC and the Only Hearts Pets brand. In addition, the striking similarity between the Only Hearts Pets animals and packaging and the Whimzy Pets animals and packaging

could not be mere coincidence, but could only be the result of deliberate copying of the original elements of the Only Hearts Pets product line by Blip.

David Tadami Okada

MARCH 12, 2010

Date

# Exhibit A

