## Rebuttal Expert Report of David Tadami Okada

### RETENTION AND ASSIGNMENTS

I have been asked by counsel for Plaintiff OHC Group LLC ("OHC") to review Blip LLC's ("Blip") expert report by Hugh Kennedy and offer any opinions I may have with respect to the report. This rebuttal expert report is based on information I have gathered and have been provided to date. I am aware that discovery in this matter has not been completed. If additional relevant information is produced, any impact on my opinions will be addressed in a supplemental report.

### SUMMARY OF OPINIONS

1. The Only Hearts Pets' trade dress is non-functional in that the combination of design elements that comprise the trade dress go to the look and aesthetic appeal of the pets, and do not affect the price, quality or purpose of the pets.

2. Mr. Kennedy's analysis is not conducted under the proper legal standard, as explained to me, and he misuses the term "functional" to mean any purpose, even an aesthetic, design or decorative purpose.

3. The Only Hearts Pets mini plush pets and their packaging and display have a distinctive overall look and feel, which distinguishes them from other micro-mini plush toys on the market.

4. Mr. Kennedy's report ignores trade dress law, as explained to me, in that he dissects the trade dress into individual elements, when trade dress is the combination of those elements.

### DISCUSSION

### I. The Trade Dress of Only Hearts Pets Mini Plush Pets is Non-Functional

In his analysis, Mr. Kennedy does not provide the legal assumptions he is working under. As stated in my March 12, 2010 report ("Okada Report"), I was informed by OHC's attorneys that the law regarding functionality is as follows:

1

A trade dress is non-functional if, taken as a whole; the collection of trade dress elements is not essential to the product's use or purpose or does not affect the cost or quality of the product even though certain particular elements of the trade dress may be functional.   A product feature can be used as a designation of source, and hence be protectable, if it is not primarily functional and is arbitrary, fanciful, or at the very least, decorative, ornamental, or cosmetic to the product itself.

Mr. Kennedy does not state what definition of "functional" he is using in his report, but he appears to be saying that any element that has a purpose, even a cosmetic one, is "functional."  Accordingly, his analysis seems largely off point.

For example, Mr. Kennedy states that the small size of the pets is functional because it "promotes collectability and portability of the product."  The micro-mini size of the pets does not necessarily affect the cost or quality of the product, and depending on choice of material and execution it can in fact increase the cost of manufacturing and design to produce a miniature detailed product.  In addition, there are of course many other plush animals that are not this micro-mini size.  The existence of so many alternative design options demonstrates that size as a feature is not primarily functional, but is a design choice.

Similarly, Mr. Kennedy asserts that the positioning of the small pink heart on the side of each pets' buttocks is functional because it "promote[s] collectability of the OHC products as well as to re-enforce the 'authenticity' of the product."  Clearly the positioning of a design feature such as a pink emblem on a toy offers no functional purpose; it is purely cosmetic.  Promoting collectability is another way of saying that the feature is aesthetic and promotes consumer appeal.  It appears Mr. Kennedy is not considering "functionality" under the proper legal definition.

Mr. Kennedy also makes this error in considering the manner of the posing of the pets, upright in their packaging, as well as the use of a tiered stadium display.  First off, there are countless ways to position a plush animal – it could be on all fours, its hands could be down to the side, it could be standing on one foot, etc.  In addition, there are also many ways to package a plush animal - it could be in a closed container, it could be hanging, it could be in a window box, it could be

2

in a blister box, it could be on a j-hook, etc.  The positioning of a pet in its packaging, which is not a permanent state for the pet, could not be more non-functional.  It goes to the aesthetic appeal of the product, not its usefulness.  Similarly, the tiered display is not functional to the usage of the product, and can be more expensive than alternative displays.  There are many alternative modes of product display, and the unique manner in which OHC chose to present its micro-mini plush pets to the consumer is an aesthetic design decision and does not go to the practical use of the pet itself.

Further, I understand that the trade dress as a whole should be considered when analyzing functionality.  Accordingly, most of Mr. Kennedy's analysis is off point, as he considers each element individually and not the trade dress as a whole, and doesn't address the fact that the trade dress is not *primarily* functional.  Notably however, Mr. Kennedy *admits* that the total image and overall appearance of the pets is "driven by aesthetics."

In sum, Mr. Kennedy's report only reinforces my opinion that the Only Hearts Pets mini plush pets' trade dress is non-functional.  There are many design options and merchandising approaches to micro-mini plush animals.  The manner in which OHC designed and presents its pets, packaging and display are based on aesthetic design decisions and not how to make the animals cheaper, of different quality or more useful.  Accordingly, I reaffirm my opinion as set forth in my Okada Report that the Only Hearts Pets' trade dress is non-functional.

## II. The Execution and Overall Look and Feel of the Only Hearts Pets is Unique and Novel

As stated, Mr. Kennedy has dissected the trade dress of the Only Hearts Pets Mini Plush Pets into individual elements.  I understand that is an inappropriate way to analyze trade dress.  As stated in my Okada Report, and as told to me by OHC's attorneys, "trade dress is the product's total image and overall appearance."  Thus, once again, Kennedy's analysis is largely off-point.

First off, I disagree with Mr. Kennedy's statement that the use of an open-tray with a backer-card is standard for micro-mini plush.  I don't recall seeing many mini-plush toys on trays at all, especially at mass market retailers.  Often

3

mini plush toys are not sold individually, they are sold in sets. Further, when they are sold individually, they are usually placed hanging on racks or they might be in a bin. Using a tray often does not give the retailer as many options as other alternatives do, such as hanging on racks. Thus, I would not agree that presentation with an open multi-level tray is typical at all, it is not common.

Mr. Kennedy also places Only Hearts Pets and Whimzy Pets in the 3-5'' size category. I disagree with this characterization and would place them in the "micro-mini" category – they are even smaller than 3 inches, which is a big distinction in the toy world.

Further, Mr. Kennedy does not appear to be focusing on the total overall look of the animals, but only considers "[t]he design/visual personalities," "open tray with back-card header" packaging; and "character designs," ignoring other elements of the Only Hearts Pets' trade dress. (Notably, he does admit that "the alternate placement of the Veclro joinery on the inside and outside of the paws may offer a unique product attribute[.]")

I know of no other line, other than Whimzy Pets, that consists of micro-mini plush animals, with a pink emblem on their buttocks, in a wide array of types of animals, seated upright with their paws outstretched and adhered by Velcro, their faces upright, in individual high back open packaging, with their name on the front, all displayed in a tiered stadium format. Interestingly, Mr. Kennedy does not cite to any line that combines all of these elements either.[1]

In sum, as stated in my Okada Report, the overall look and feel of the Only Hearts Pets mini-plush pets line, and OHC's merchandising approach, is a new and fresh approach to plush animals and their presentation. Mr. Kennedy completely

---

1 Attached as Exhibit A to this report, I have included a matrix that compares the toys cited by Mr. Kennedy to the Whimzy Pets and Only Hearts Pets lines. In preparing this matrix, I reviewed the toys online and some physical samples. This matrix has been made to the best of my knowledge based on available references and samples. I have also included some pictures for reference of what I reviewed as Exhibit B.

4

ignores the overall look and specific combination of elements in his analysis. I have not seen any toys that combine all the design elements that OHC does in one line.

### III.  Conclusion

I find that the Only Hearts Pets mini plush pets' trade dress, as a whole, is non-functional and the design elements that comprise the Only Hearts Pets' trade dress do not make them cheaper and do not make them of different quality, or more useful. Rather, the elements of the trade dress are aesthetic design decisions. Mr. Kennedy's opinions are not based on the proper definition of "functionality," and thus, his analysis is not on point.

Further, the Only Hearts Pets mini plush pets trade dress is unique. OHC has combined numerous design elements in a particular way that has not been done before and which sets Only Hearts Pets mini plush pets apart from other toys on the market. Mr. Kennedy breaks apart the trade dress, and considers the elements one by one. This is not the proper analysis and therefore the majority of his report seems immaterial.

David Tadami Okada

7 APRIL 2010
Date

5

# Exhibit A

Exhibit A - Plush Toy Comparison

| | Micro-Mini (3 inches or less)? | Plush? | Are all pets seated? | Are hands clasped w/ Velcro? | Emblem on buttocks? |
|---|---|---|---|---|---|
| Only Hearts Pets (Individual pets line) | Yes | Yes | Yes | Yes | Yes |
| Whimzy Pets (Individual pets line) | Yes | Yes | Yes | Yes | Yes |
| Mattel- Furryville | Yes | Yes | No | No | No |
| Manhattan Toy - GG Groovin' Pets/Groovy PetsRagious | No | Yes | No | No | |
| Hasbro- Littlest Pet Shop | Yes | No | No | No | Not that I could tell |
| International Playthings - Calico Critters | Yes | No | No | No | No |
| Ugly Dolls minis | No | Yes | No | No | No |
| Wild Republic Mini Clip Pets | No | Yes | No | No | No |
| Mini Pets - Oriental Trading | No | Yes | No | No | Not that I could tell |
| Aurora Hugging Plush Animals | No | Yes | No | Not that I could tell | Not that I could tell |
| Best-made Toys - wrap-arounds monkeys with Velcro hand | No | Yes | No | Yes | Not that I could tell |

1

| | Micro-Mini (3 inches or less)? | Plush? | Are all pets seated? | Are hands clasped w/ Velcro? | Emblem on buttocks? |
|---|---|---|---|---|---|
| Noveltees - hang-arounds animals with Velcro hands | No | Yes | No | | Not that I could tell |
| Purr-fection Hugger | No | Yes | No | Yes | Not that I could tell |
| Paw-Parazzi | No | Yes | No | No | Not that I could tell |

| | Paws always outstreched and reaching out to consumer? | Always individually Packaged? | Wide variety of types of pets (e.g. farm animals, domestic animals, jungle animals, etc.) | Individually placed in high backed open tray with character name on bottom front? | Use of a tiered stadium display? |
|---|---|---|---|---|---|
| Only Hearts Pets (Individual pets line) | Yes | Yes | Yes | Yes | Yes |
| Whimzy Pets (Individual pets line) | Yes | Yes | Yes | Yes | Yes |
| Mattel- Furryville | No | No | Some variety | No | No |
| Manhattan Toy - GG Groovin' Pets/Groovy PetRagious | No | Yes | Some variety | No | No |
| Hasbro- Littlest Pet Shop | No | No | Yes | No | No |
| International Playthings - Calico Critters | No | No | Some variety | No | No |
| Ugly Dolls minis | No | Yes | No (all fantasy) | No | No |
| Wild Republic Mini Clip Pets | No | Yes | Some variety | No | No |
| Mini Pets - Oriental Trading | No | No, sold in bulk | Some variety | No | No |
| Aurora Hugging Plush Animals | No | Yes | Some variety | Not that I could tell | No |
| Best-made Toys - wrap-arounds monkeys with Velcro hand | No | Yes | No | No | No |

3

| | Paws always outstreched and reaching out to consumer? | Always individually Packaged? | Wide variety of types of pets (e.g. farm animals, domestic animals, jungle animals, etc.) | Individually placed in high backed open tray with character name on bottom front? | Use of a tiered stadium display? |
|---|---|---|---|---|---|
| Noveltees - hang-arounds animals with Velcro hands | No | Unknown | No | No | No |
| Purr-fection Hugger | No | Unknown | No | No | No |
| Paw-Parazzi | No | Yes | No | No | No |

4

# Exhibit B







- buy
- sell
- my bonanzle
- people
- help

[          ] Find

See cart
Log In | Register

Home » Buy » Afroggyplace's booth » HUG ME BEAR 17" Huggable Plush Teddy Bear Aurora New WT



🔍 Click any picture to enlarge



# HUG ME BEAR 17" Huggable Plush Teddy Bear Aurora New WT

$18.00 2 in stock

[ ▶ Buy now ] [ 🛒 Add to cart ] [ Contact seller ] CHECKOUT No pre-registration required.  Zoom!

SHIPPING PRICE Calculated by USPS in US. Get price



- 
- 
- $18.00
- Brown Sugar 18" Huggable Plush Teddy Bear Aurora NWT



- 
- 
- $12.00
- Flopsie 10" Plush Jump Frog Aurora New NWT Flop Pets



- 
- 
- $8.00
- Lil Dumplings 8" Baby Frog Plush Stuffed by Aurora NWT



- 
- 
- $17.00
- Playtime Puppets 12" Froggy Plush Puppet Frog Aurora NWT



- 
- 
- $30.00
- Aurora Activity 14" Plush Frog Learn With Me! New WT



- 
- 
- $14.00
- Pucker Up 10" Plush Frog Smooch Lights Up Aurora New WT



- 
- 
- $3.00
- Yellow Butterfly on Pink Flower Glass Ornament Poland



- 
- 
- $3.00
- Blue Butterfly on Blue Flower Glass Ornament Poland NIB



Top
Bonanzle Blog






## NOVELTEES WHOLESALE

2250 south main street
Salt Lake City, Utah 84115 United States
Toll-Free: 1-800-637-2799
Phone: 801-484-6769, Fax: 801-484-6795
E-Mail: gary@novelteeswholesale.com

**DIRECTORY**

Home

*products are not indian made

BANDANNA

BANDANNA CAPS

BASEBALL CAPS

BEANIE CAPS

BIKER RINGS

BULK TOY

BURLAP BAGS

CARNIVAL HATS

CLOSEOUT TEES

CLOSEOUTS

COTTON TAPESTRIES

CRAZY HATS

DECAL

DISPLAY RACKS

DOLL'S

EMBRODIERED PATCHES

FLAGS

GIFTS

HAT PINS

HATS

INFLATABLES

JEWELRY

JOKE NOVELTIES

KEY CHAINS

KNIVES AND SWORDS

LIGHT UP NOVELTIES

LIGHTERS

LIGHTS

MAGIC TRICKS

NEW HOT ITEMS

NOVELTIES

NOVELTY BURLAP BAGS

NOVELTY LIGHTS

NOVELTY TOWELS

PLUSH

RISQUE

Search Our Store [_____]  [ Go ]

○ Item #  ◉ Description

**Minimum Order: $25.00**

PL002. VELCO ELEPANTS

HANG AROUND YOUR NECK HAND'S AND FEET HAVE
VELCRO KIDS LOVE THIS PLUSH ANIMAL

**Price:**
$ 24.00

**Unit:**
DOZEN

**Quantity:**
[_____]

[ Add To Cart ]   [ Keep Shopping ]

Return to our main website at http://www.wholesalecentral.com/NovelteesWholesale/store.cfm

**DIRECTORY**

Home

*products are not
indian made

BANDANNA

BANDANNA CAPS

BASEBALL CAPS

BEANIE CAPS

BIKER RINGS

BULK TOY

BURLAP BAGS

CARNIVAL HATS

CLOSEOUT TEES

CLOSEOUTS

COTTON
TAPESTRIES

CRAZY HATS

DECAL

DISPLAY RACKS

DOLL'S

EMBROIDERED
PATCHES

FLAGS

GIFTS

HAT PINS

HATS

INFLATABLES

JEWELRY

JOKE NOVELTIES

KEY CHAINS

KNIVES AND
SWORDS

LIGHT UP
NOVELTIES

LIGHTERS

LIGHTS

MAGIC TRICKS

NEW HOT ITEMS

NOVELTIES

NOVELTY
BURLAP BAGS

NOVELTY LIGHTS

NOVELTY

# NOVELTEES WHOLESALE

2250 south main street
Salt Lake City, Utah 84115 United States
Toll-Free: 1-800-637-2799
Phone: 801-484-6769, Fax: 801-484-6795
E-Mail: gary@novelteeswholesale.com

---

Search Our Store [                    ] [ Go ]

○ Item #  ◉ Description

**Minimum Order: $25.00**

## PLUSH :

43 items found: Page [ 1 ] [2] <Next Page>

**(*) in price column means Quantity Discounts Available!**
Click on item name to see full details and picture if available.

| | Item # | Description | Price | Unit |
|---|---|---|---|---|
| | PL001 | **DOWN TOWN CUTE BEAR** PLUSH BEARS CUTE LITTLE TOY'S 12 DOZEN LOTS SELL FOR $10.80 A DOZEN GREAT FOR KIDS | 6.00 | DOZEN |
| | PL002 | **VELCO ELEPANTS** HANG AROUND YOUR NECK HAND'S AND FEET HAVE VELCRO KIDS LOVE THIS PLUSH ANIMAL | 24.00 | DOZEN |
| | PL005 | **VELCRO LION** PLUSH TOY LION HANG AROUND YOUR NECK OR YOUR WAIST VELCRO HOLDS HIM TO YOU | 24.00 | DOZEN |
| | PL006 | **VELCRO TIGER** PLUSH VELCRO TIGER HANG AROUND YOUR NECK HE WILL BE YOUR BUDDY WON'T FALL OFF | 24.00 | DOZEN |
| | PL007 | **VELCRO WHITE TIGER** PLUSH WHITE TIGER HAND'S AND FEET HAVE VELCRO SO YOU CAN HANG THEM AROUND YOUR NECK | 24.00 | DOZEN |
| | PL008 | **LARGE DELUXE VELCRO MONKEY'S** HAND'S AND FEET HAVE VELCRO SO YOUR CAN HANG MONKEY AROUND YOUR NECK | 48.00 | DOZEN |

# absolutelydolls.com

a <u>**Learning Port**</u> Virtual Store

**Customer Service-619-670-1196**

### Your Doll Shop

Groovy Girls * Clothes * Strollers, etc.


View Your SHOPPING CART

<u>About Us</u>   <u>Info</u>

**Shipping Free on All Orders Over $60**

◄ Back   ▮▮ Home   Next ►

**Doll & Clothing Search:**

[ Start Search ]  [ Reset ]

Up
___
13" Groovy Girls
13" Groovy Guys
Mini Groovy Girls
Groovy Style for Girls
Groovy Gear
Groovy Accessories
Groovy Pets
Groovy Furniture
Dreamtastic by Groovy

# Groovy Pets and Petrageous

## by Manhattan Toy

(select images to see larger)

For any Petrageous order, we will incude a Petrageous collar (made especially for these Groovy animals)

Introducing Petrageous. We're a diverse group of fashion animals who are wild for style, have unique personalities and are always loyal to each other. Like Groovy Girls, we think that fun, friendship and self-expression are what it is all about. We're comfortable in our own fur!



### Cha Cha Petrageous Cheetah

Petrageous Pets don't need a ribbon to know they're always Best of Show. All have playful personalities and are groovy galore, from their chic clothing to their totally confident 'tudes.

8" height

**$16.95**


Add to Your SHOPPING CART

### Chalyse Petrageous Panda

8" height

**$16.95**






### Dutchess Horse

**$24.95**

Darling Duchess whinnies her greetings
activated by a gentle squeeze of her belly and
poses beautifully on sparkly flat-bottomed
hooves and legs that bend.  She has a lovely
mane and coat and comes with her own bridle
and removable saddle. 15" height  **Sorry, out
of stock**



### Giddi Petrageous Pony

Petrageous Pets don't need a ribbon to know they're
always Best of Show.  All have playful personalities and
are groovy galore, from their chic clothing to their
totally confident 'tudes.

**8" height**

**$16.95**





### Kipp the Surf Dog

**$9.95**

With his tropical bandana, doggie surfboard
and vinyl sunglasses, this groovy mutt is ready
for a day of chasing waves.  Kowabunga!



### Patches Petrageous Chimp

**8" height**

 $16.95





### Pritzy Poodle

$6.95





### Poppi Petrageous Italian Greyhound

Petrageous Pets don't need a ribbon to know they're always Best of Show.  All have playful personalities and are groovy galore, from their chic clothing to their totally confident 'tudes.

8" height

$16.95



### Sakina Petrageous Cat

8" height

$16.95





### Skamp Petrageous Chihuahua



Petrageous Pets don't need a ribbon to know they're always Best of Show.  All have playful personalities and are groovy galore, from their chic clothing to their totally confident 'tudes.

8" height

$16.95





### Tuni Petrageous Cat

Petrageous Pets don't need a ribbon to know they're always Best of Show.  All have playful personalities and are groovy galore, from their chic clothing to their totally confident 'tudes.

8" height

$16.95





### Zsa Zsa Petrageous Poodle

Petrageous Pets don't need a ribbon to know they're always Best of Show.  All have playful personalities and are groovy galore, from their chic clothing to their totally confident 'tudes.

8" height

$16.95



# Petrageous Outfits and those Essential Pet Accessories
## by Manhattan Toy

(select images to see larger)

### Wild and Stylin' Grooming Station

Totally outrageous, this completely soft set features a platform, adjustable hairdryer, folding mirror. nail polish with brush, clippers, shampoo and conditioner.  The manicure area comes equipped with a handy storage

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 200 N. Sepulveda Blvd., Suite 1525, El Segundo, CA 90245.

On April 7, 2010 I served true copies of the following document(s) described as:

**REBUTTAL EXPERT REPORT OF DAVID TADAMI OKADA**

on the parties in this action as follows:

**SEE ATTACHED**

[ ]   **BY MAIL:** I am "readily familiar" with the practices of Pruetz Law Group LLP, for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at El Segundo, California, on that same day following ordinary business practices.

[ ]   **BY Federal Express Delivery:** I caused to be delivered such envelope by Federal Express to the office of each addressee listed below.

[ ]   **BY PERSONAL SERVICE:** I cause to be delivered such envelope by hand to a Pro-Courier for personal delivery on the same day.

[X]   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from lmgibbs@pruetzlaw.com on April 7, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2010 at El Segundo, California.

Yanika Childers

1

**SERVICE LIST**

2   Heather L. McClosky, Esq.
    Robert Helfing, Esq.
3   Sedgwick, Detert, Moran & Arnold, LLP
    801 South Figueroa Street, 19th Floor
4   Los Angeles, CA 90017
    heather.mccloskey@sdma.com
5

6   *Attorneys for Defendant Blip, LLC*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28